In re Petition for Disciplinary Action against David GRONBECK, an Attorney at Law of the State of Minnesota.

No. C4–94–1162.

Supreme Court of Minnesota.

March 6, 1996.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that respondent David Gronbeck's motion to extend the time within which he is required to successfully complete the professional responsibility portion of the bar examination to include the examination to be given early in March 1996, is granted.

IT IS FURTHER ORDERED that respondent direct the examiners to furnish the result of the examination to the Director's office.

IT IS FURTHER ORDERED that, in the event respondent fails the examination and the Director files an affidavit with this court indicating the failure, he shall be immediately suspended without further hearing and shall not be reinstated until he has provided proof to the Director's office of his successful completion of the examination.

BY THE COURT:

/s/ Mary Jeanne Coyne
Mary Jeanne Coyne
Associate Justice

In re Petition for Transfer to Disability Status of Claudia Sue HEXTER, an Attorney at Law of the State of Minnesota.

No. C4–96–47.

Supreme Court of Minnesota.

March 6, 1996.

*ORDER*

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Claudia Sue Hexter, who had suffered from a painful medical condition, became addicted to pain medication prescribed for her and her use became abuse, including fraudulently obtaining and increasing prescriptions; and

WHEREAS, the Director and respondent have entered into a stipulation wherein respondent admits the allegations of the petition and in which they jointly recommend that respondent be transferred to disability inactive status, with any reinstatement conditioned upon compliance with Rules 18 and 28(d), Rules on Lawyers Professional Responsibility; and

WHEREAS, this court has independently reviewed the record and agrees with the jointly recommended disposition;

IT IS HEREBY ORDERED that effective on the date of this order, respondent Claudia Sue Hexter be, and the same is, transferred to disability inactive status with any reinstatement to be pursuant to the requirements of Rules 18 and 28(d), Rules on Lawyers Professional Responsibility.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice